# EXHIBIT B

| US8843549 | Telesystem: Hosted VoIP Phone System- Hosted Receptionist Console (The accused product) |
| --- | --- |
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused product practices a method for an application involving real-time notification (e.g., incoming call notification) of a client by a telephone switching system.<br><br><br><br>http://web.archive.org/web/20161013232027/http://www.telesystem.us/products/voice/phone-system/additional-services/hosted-receptionist-console/ |



http://web.archive.org/web/20161013232027/http://www.telesystem.us/products/voice/phone-system/additional-services/hosted-receptionist-console/

### 2.1.1 User Interface

*Figure 1* shows the main interface of Receptionist Enterprise.



http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| | |
|---|---|
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| Pullout | This places the results of a search performed on a contacts directory in a new tab. |
| Clear | This clears the search and displays the entire directory. |
| Group Queues | This groups queues in the Queues tab by call center. |
| **Call Notification Pop-up Window** | |
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| vCard | This saves the caller's phone number and personal information as a vCard in Microsoft Outlook. |
| Transfer to Voice Mail | This transfers an incoming call to your voice mail. |

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

telesystem                                           *Hosted Receptionist*

**5.2    View Call Information**

Call information is provided in the *Call Console* and in the *Call Notification* pop-up window that appears on top of the system tray for incoming calls.

**NOTE: If the Call Notification pop-up window is not appearing, try updating the Java installed on the local computer.**

**5.2.1    View Current Calls**

Your current calls are always visible in the *Call Console*.

**To view your conference call:**

In the *Conference Call* panel, click the **Expand** button      .

**5.2.2    View Incoming Call Details**

If the Call Notification feature is enabled in the settings, a *Call Notification* pop-up window appears on top of the system tray when an inbound call is received.

■  *Direct inbound calls* – For calls to your direct number or extension, the following information is displayed:

    –  Calling party name

    –  Calling party number

**Real Time Incoming Call Notification**



Figure 35  Call Notification Pop-up Window for Non-ACD Call

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| a) opening a connection between the client and a server; | The accused product practices opening a connection between the client (e.g., when a user login to Telesystem Hosted Receptionist Console account for receiving incoming calls) and a server (e.g., Telesystem server). |
|---|---|



http://web.archive.org/web/20161013232027/http://www.telesystem.us/products/voice/phone-system/additional-services/hosted-receptionist-console/

 **elesystem**                                    *Hosted Receptionist*

**1.3    Software Requirements**

The software requirements include:

- Operating Systems currently supported by Microsoft or Apple, or Citrix XenApp 4 or 5
- Sun Microsystems 32-bit Java 6 Update 19 to Update 45, Runtime edition only
- Sun Microsystems 32-bit Java 7 Update 11 or later, Runtime edition only
- Outlook 2003, 2007, 2010, or 2013 (32-bit or 64-bit edition) – Required for Outlook contact directory
- Microsoft Exchange 2007 SP3 or Microsoft Exchange 2010 SP1 – Required for Calendar Presence Integration
- Microsoft Excel (Optional)
- Flash Player 9 or 10.X Runtime (ActiveX Control)
- Internet Explorer 8.0, 9.0, or 10.0 (**Compatibility View enabled**); Firefox 3.6 through 25; Google Chrome 17.0.963.64 or later, or Safari 5

**Browser Javascript Requirements:**

Javascript must be enabled on Internet Explorer.

1) Open Internet Explorer
2) Click the **Tools** button.
3) From the drop-down list, select *Internet Options*.
4) Select the *Security* tab.

**Telesystem- Hosted Receptionist Console works on various web browsers, hence works on web based connections.**

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| Icon | Description |
|---|---|
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| Pullout | This places the results of a search performed on a contacts directory in a new tab. |
| Clear | This clears the search and displays the entire directory. |
| Group Queues | This groups queues in the Queues tab by call center. |
| **Call Notification Pop-up Window** | |
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| vCard | This saves the caller's phone number and personal information as a vCard in Microsoft Outlook. |
| Transfer to Voice Mail | This transfers an incoming call to your voice mail. |

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

*telesystem*                                                    *Hosted Receptionist*

**5.2     View Call Information**

Call information is provided in the *Call Console* and in the *Call Notification* pop-up window that appears on top of the system tray for incoming calls.

**NOTE: If the Call Notification pop-up window is not appearing, try updating the Java installed on the local computer.**

**5.2.1    View Current Calls**

Your current calls are always visible in the *Call Console*.

**To view your conference call:**

In the *Conference Call* panel, click the **Expand** button .

**5.2.2    View Incoming Call Details**

If the Call Notification feature is enabled in the settings, a *Call Notification* pop-up window appears on top of the system tray when an inbound call is received.

■   *Direct inbound calls* – For calls to your direct number or extension, the following information is displayed:

–   Calling party name

–   Calling party number

**Real Time Incoming Call Notification**

Figure 35  Call Notification Pop-up Window for Non-ACD Call

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| b) transmitting notification messages from the telephone | The accused product practices transmitting notification messages from the telephone switching system (e.g., calls that originate from a traditional phone switching network) to the server (e.g., Telesystem server) using a networking protocol (e.g., IP). |
| --- | --- |

switching system to the server using a networking protocol;



http://web.archive.org/web/20161013232027/http://www.telesystem.us/products/voice/phone-system/additional-services/hosted-receptionist-console/



**Hosted Receptionist**

**1.3    Software Requirements**

The software requirements include:

- Operating Systems currently supported by Microsoft or Apple, or Citrix XenApp 4 or 5
- Sun Microsystems 32-bit Java 6 Update 19 to Update 45, Runtime edition only
- Sun Microsystems 32-bit Java 7 Update 11 or later, Runtime edition only
- Outlook 2003, 2007, 2010, or 2013 (32-bit or 64-bit edition) – Required for Outlook contact directory
- Microsoft Exchange 2007 SP3 or Microsoft Exchange 2010 SP1 – Required for Calendar Presence Integration
- Microsoft Excel (Optional)
- Flash Player 9 or 10.X Runtime (ActiveX Control)
- Internet Explorer 8.0, 9.0, or 10.0 (**Compatibility View enabled**); Firefox 3.6 through 25; Google Chrome 17.0.963.64 or later, or Safari 5

**Browser Javascript Requirements:**

Javascript must be enabled on Internet Explorer.

1) Open Internet Explorer
2) Click the **Tools** button.
3) From the drop-down list, select *Internet Options*.
4) Select the *Security* tab.

**Telesystem- Hosted Receptionist Console works on various web browsers, hence works on web based connections.**

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| | |
|---|---|
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| Pullout | This places the results of a search performed on a contacts directory in a new tab. |
| Clear | This clears the search and displays the entire directory. |
| Group Queues | This groups queues in the Queues tab by call center. |
| **Call Notification Pop-up Window** | |
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| vCard | This saves the caller's phone number and personal information as a vCard in Microsoft Outlook. |
| Transfer to Voice Mail | This transfers an incoming call to your voice mail. |

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_u g_r190.pdf

*telesystem*  *Hosted Receptionist*

**5.2  View Call Information**

Call information is provided in the *Call Console* and in the *Call Notification* pop-up window that appears on top of the system tray for incoming calls.

*NOTE: If the Call Notification pop-up window is not appearing, try updating the Java installed on the local computer.*

**5.2.1  View Current Calls**

Your current calls are always visible in the *Call Console*.

**To view your conference call:**

In the *Conference Call* panel, click the **Expand** button .

**5.2.2  View Incoming Call Details**

If the Call Notification feature is enabled in the settings, a *Call Notification* pop-up window appears on top of the system tray when an inbound call is received.

■ *Direct inbound calls* – For calls to your direct number or extension, the following information is displayed:

   – Calling party name

   – Calling party number

<span style="color:red">**Real Time Incoming Call Notification**</span>



Figure 35  Call Notification Pop-up Window for Non-ACD Call

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

**Telesystem**

*Hosted Receptionist*

**5.3    Answering Calls**

You can answer your own incoming calls and calls for other users in your group.  If you have the Auto Answer service, you can also answer calls automatically.

**5.3.1    Answer Call**

Your incoming calls appear in the *Call Console*.  To answer a call, the call state must be *Incoming*.

**To answer an incoming call:**

Move the mouse over the call and click **Answer** ANS .  The call state changes to *Active*.

NOTE:  Double-clicking a call, does not answer it.

*User can directly answer in a browser*

**To answer an incoming call from a Call Notification pop-up window:**

Click anywhere on the text in the window.

**To answer calls automatically:**

In the *Call Console*, click the **Auto Answer** button.  The button changes to this to indicate that Auto Answer is on.

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_u g_r190.pdf

| c) transforming the notification messages at the server into a programming language code and using said networking | The accused product practices transforming the notification messages (e.g., incoming call notification) at the server (e.g., Telesystem server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code to the client (e.g., a user utilizing a web browser based version of the Telesystem- Hosted Receptionist Console), wherein the programming language code is executable by the client's browser (e.g., the web browser of a user). |
|---|---|

| protocol for sending the programming language code to the client, wherein the programming language code is executable by the client's browser; |  **Hosted Receptionist**<br><br>**1.3  Software Requirements**<br><br>The software requirements include:<br><br>• Operating Systems currently supported by Microsoft or Apple, or Citrix XenApp 4 or 5<br><br>• Sun Microsystems 32-bit Java 6 Update 19 to Update 45, Runtime edition only<br><br>• Sun Microsystems 32-bit Java 7 Update 11 or later, Runtime edition only<br><br>• Outlook 2003, 2007, 2010, or 2013 (32-bit or 64-bit edition) – Required for Outlook contact directory<br><br>• Microsoft Exchange 2007 SP3 or Microsoft Exchange 2010 SP1 – Required for Calendar Presence Integration<br><br>• Microsoft Excel (Optional)<br><br>• Flash Player 9 or 10.X Runtime (ActiveX Control)<br><br>• Internet Explorer 8.0, 9.0, or 10.0 (**Compatibility View enabled**); Firefox 3.6 through 25; Google Chrome 17.0.963.64 or later, or Safari 5<br><br>**Browser Javascript Requirements:**     **Telesystem- Hosted Receptionist Console works on various web browsers, hence works on web based connections.**<br><br>Javascript must be enabled on Internet Explorer.<br><br>1) Open Internet Explorer<br><br>2) Click the **Tools** button.<br><br>3) From the drop-down list, select *Internet Options*.<br><br>4) Select the *Security* tab.<br><br>http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf |

## What is a Markup Language?

To properly define this term - a markup language is a language that annotates text so that the computer can manipulate that text. Most markup languages are human readable because the annotations are written in a way to distinguish them from the text itself. For example, with HTML, XML, and XHTML, the markup tags are < and >. Any text that appears within one of those characters is considered part of the markup language and not part of the annotated text. For example:
https://www.lifewire.com/what-are-markup-languages-3468655

## HTML—HyperText Markup Language

HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.

All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.

HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.

https://www.lifewire.com/what-are-markup-languages-3468655

HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.

To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.

https://www.geeksforgeeks.org/whats-difference-html-http/

| | |
|---|---|
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| Pullout | This places the results of a search performed on a contacts directory in a new tab. |
| Clear | This clears the search and displays the entire directory. |
| Group Queues | This groups queues in the Queues tab by call center. |
| **Call Notification Pop-up Window** | |
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| vCard | This saves the caller's phone number and personal information as a vCard in Microsoft Outlook. |
| Transfer to Voice Mail | This transfers an incoming call to your voice mail. |

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

telesystem

*Hosted Receptionist*

**5.2    View Call Information**

Call information is provided in the *Call Console* and in the *Call Notification* pop-up window that appears on top of the system tray for incoming calls.

**NOTE: If the Call Notification pop-up window is not appearing, try updating the Java installed on the local computer.**

**5.2.1    View Current Calls**

Your current calls are always visible in the *Call Console*.

**To view your conference call:**

In the *Conference Call* panel, click the **Expand** button .

**5.2.2    View Incoming Call Details**

If the Call Notification feature is enabled in the settings, a *Call Notification* pop-up window appears on top of the system tray when an inbound call is received.

■  *Direct inbound calls* – For calls to your direct number or extension, the following information is displayed:

–  Calling party name

–  Calling party number

**Real Time Incoming Call Notification**



Figure 35  Call Notification Pop-up Window for Non-ACD Call

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

 **Telesystem**

*Hosted Receptionist*

### 5.3  Answering Calls

You can answer your own incoming calls and calls for other users in your group.  If you have the Auto Answer service, you can also answer calls automatically.

#### 5.3.1  Answer Call

Your incoming calls appear in the *Call Console*.  To answer a call, the call state must be *Incoming*.

**To answer an incoming call:**

Move the mouse over the call and click **Answer** ANS .  The call state changes to *Active*.

NOTE:  Double-clicking a call, does not answer it.

*User can directly answer in a browser*

**To answer an incoming call from a Call Notification pop-up window:**

Click anywhere on the text in the window.

**To answer calls automatically:**

In the *Call Console*, click the **Auto Answer**  button.  The button changes to this [image] to indicate that Auto Answer is on.

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| d) using an HTTP streaming mechanism for transmission of the notification from the server to the browser through the open | The accused product uses an HTTP streaming (e.g., call session streaming to a user's web browser) mechanism for transmission of the notification (e.g., incoming call notification) from the server (e.g., Telesystem server) to the browser (e.g., web browser of the user such as Google Chrome) through the open connection (e.g., a chat or a call queue which supports transmission and storage of notifications from Telesystem server to a said website with the Web Widget), whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages. |
|---|---|

| connection, whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages; and | **To access Receptionist from a web browser:**<br>1)  In your web browser, enter the URL of the Receptionist client (https://app.euserportal.com/receptionist/).  The Receptionist *Sign-in* page appears.<br><br><br><br>http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_u g_r190.pdf |

HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.

To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.

https://www.geeksforgeeks.org/whats-difference-html-http/



**Hosted Receptionist**

**1.3   Software Requirements**

The software requirements include:

- Operating Systems currently supported by Microsoft or Apple, or Citrix XenApp 4 or 5
- Sun Microsystems 32-bit Java 6 Update 19 to Update 45, Runtime edition only
- Sun Microsystems 32-bit Java 7 Update 11 or later, Runtime edition only
- Outlook 2003, 2007, 2010, or 2013 (32-bit or 64-bit edition) – Required for Outlook contact directory
- Microsoft Exchange 2007 SP3 or Microsoft Exchange 2010 SP1 – Required for Calendar Presence Integration
- Microsoft Excel (Optional)
- Flash Player 9 or 10.X Runtime (ActiveX Control)
- Internet Explorer 8.0, 9.0, or 10.0 (**Compatibility View enabled**); Firefox 3.6 through 25; Google Chrome 17.0.963.64 or later, or Safari 5

**Browser Javascript Requirements:**

Javascript must be enabled on Internet Explorer.

**Telesystem- Hosted Receptionist Console works on various web browsers, hence works on web based connections.**

1) Open Internet Explorer

2) Click the **Tools** button.

3) From the drop-down list, select *Internet Options*.

4) Select the *Security* tab.

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

| | |
|---|---|
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| Pullout | This places the results of a search performed on a contacts directory in a new tab. |
| Clear | This clears the search and displays the entire directory. |
| Group Queues | This groups queues in the Queues tab by call center. |
| **Call Notification Pop-up Window** | |
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| vCard | This saves the caller's phone number and personal information as a vCard in Microsoft Outlook. |
| Transfer to Voice Mail | This transfers an incoming call to your voice mail. |

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

**telesystem**

*Hosted Receptionist*

### 5.2  View Call Information

Call information is provided in the *Call Console* and in the *Call Notification* pop-up window that appears on top of the system tray for incoming calls.

*NOTE: If the Call Notification pop-up window is not appearing, try updating the Java installed on the local computer.*

#### 5.2.1  View Current Calls

Your current calls are always visible in the *Call Console*.

**To view your conference call:**

In the *Conference Call* panel, click the **Expand** button .

#### 5.2.2  View Incoming Call Details

If the Call Notification feature is enabled in the settings, a *Call Notification* pop-up window appears on top of the system tray when an inbound call is received.

- *Direct inbound calls* – For calls to your direct number or extension, the following information is displayed:

  - Calling party name

  - Calling party number

**Real Time Incoming Call Notification**



Figure 35  Call Notification Pop-up Window for Non-ACD Call

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf



| | The accused product practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user such as Google Chrome) whereby the respective notification messages are displayed or outputted (e.g., display notification or play sound) at the client. |
|---|---|
| e) executing the programming language codes by the browser whereby the respective notification messages are | |

displayed or outputted at the client.

   ***Hosted Receptionist***

**1.3    Software Requirements**

The software requirements include:

- Operating Systems currently supported by Microsoft or Apple, or Citrix XenApp 4 or 5
- Sun Microsystems 32-bit Java 6 Update 19 to Update 45, Runtime edition only
- Sun Microsystems 32-bit Java 7 Update 11 or later, Runtime edition only
- Outlook 2003, 2007, 2010, or 2013 (32-bit or 64-bit edition) – Required for Outlook contact directory
- Microsoft Exchange 2007 SP3 or Microsoft Exchange 2010 SP1 – Required for Calendar Presence Integration
- Microsoft Excel (Optional)
- Flash Player 9 or 10.X Runtime (ActiveX Control)
- Internet Explorer 8.0, 9.0, or 10.0 (**Compatibility View enabled**); Firefox 3.6 through 25; Google Chrome 17.0.963.64 or later, or Safari 5

**Browser Javascript Requirements:**

Javascript must be enabled on Internet Explorer.

1) Open Internet Explorer
2) Click the **Tools** button.
3) From the drop-down list, select *Internet Options*.
4) Select the *Security* tab.

**Telesystem- Hosted Receptionist Console works on various web browsers, hence works on web based connections.**

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

## HTML—HyperText Markup Language

HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.

All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.

HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.

https://www.lifewire.com/what-are-markup-languages-3468655

| | |
|---|---|
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| Pullout | This places the results of a search performed on a contacts directory in a new tab. |
| Clear | This clears the search and displays the entire directory. |
| Group Queues | This groups queues in the Queues tab by call center. |
| **Call Notification Pop-up Window** | |
| Web Pop URL | This opens a page in your browser at the configured URL to provide additional information about the caller. |
| vCard | This saves the caller's phone number and personal information as a vCard in Microsoft Outlook. |
| Transfer to Voice Mail | This transfers an incoming call to your voice mail. |

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf

**telesystem**                                               *Hosted Receptionist*

**5.2     View Call Information**

Call information is provided in the *Call Console* and in the *Call Notification* pop-up window that appears on top of the system tray for incoming calls.

*NOTE: If the Call Notification pop-up window is not appearing, try updating the Java installed on the local computer.*

**5.2.1     View Current Calls**

Your current calls are always visible in the *Call Console*.

**To view your conference call:**

In the *Conference Call* panel, click the **Expand** button  .

**5.2.2     View Incoming Call Details**

If the Call Notification feature is enabled in the settings, a *Call Notification* pop-up window appears on top of the system tray when an inbound call is received.

- *Direct inbound calls* – For calls to your direct number or extension, the following information is displayed:

  – Calling party name

  – Calling party number

**Real Time Incoming Call Notification**



Figure 35  Call Notification Pop-up Window for Non-ACD Call

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_u g_r190.pdf

 **Telesystem**

*Hosted Receptionist*

### 5.3 Answering Calls

You can answer your own incoming calls and calls for other users in your group.  If you have the Auto Answer service, you can also answer calls automatically.

#### 5.3.1 Answer Call

Your incoming calls appear in the *Call Console*.  To answer a call, the call state must be *Incoming*.

**To answer an incoming call:**

Move the mouse over the call and click **Answer** `ANS`.  The call state changes to *Active*.

> **NOTE**: Double-clicking a call, does not answer it.

**User can directly answer in a browser**

**To answer an incoming call from a Call Notification pop-up window:**

Click anywhere on the text in the window.

**To answer calls automatically:**

In the *Call Console*, click the **Auto Answer**  button.  The button changes to this  to indicate that Auto Answer is on.

http://web.archive.org/web/20161125105407/http://www.telesystem.us/media/1421/hostedreceptionistconsole_ug_r190.pdf